```
                                        FILED
                                      NOV - 2 2012
                                 CLERK, U.S. DISTRICT COURT
                              SOUTHERN DISTRICT OF CALIFORNIA
                              BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11CR5022-BTM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT AND ORDER OF |
| ) | DISMISSAL OF INFORMATION, |
| NORMA PATRICIA ) | EXONERATE THE BOND, AND |
| OCAMPO-RICO (1), ) | PASSPORT BE RELEASED |
| ROSAURA OCAMPO-RICO (2), ) | BY PRETRIAL IF HELD |
| ) | |
| Defendants. ) | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 11/2/12

HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge